UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

ANSELMO BEAR, et al.,
    v.
AMERICAN AIRLINES, INC., et al.

CASE NUMBER 98-1006 (DRD)

*RECEIVED & FILED OCT 29 1999 OFFICE-CLERK U.S. DIST. CT. SAN JUAN, PR*

## ORDER

On October 29, 1999, the Plaintiffs and Defendants filed a Stipulation Under Seal For Voluntary Dismissal With Prejudice (Docket No. 12), requesting dismissal of this present action pursuant to Fed.R.Civ.P. 41(a)(1)(ii). The motion is hereby **GRANTED**. Each party shall bear its own costs, expenses, and attorney's fees. Thus, this case is **DISMISSED WITH PREJUDICE**.

IT IS SO ORDERED.

Date: October 29, 1999

P:\PEACHORD ERS\98-1006 DIS

DANIEL R. DOMINGUEZ
**U.S. District Judge**

Rec'd:    EOD:

By:    # 13