UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

ANSELMO BEAR, et al.,
v.
AMERICAN AIRLINES, INC., et al.

CASE NUMBER: 98-1006 (DRD)



## JUDGMENT

In accordance with the Order of this same date, this case is hereby **DISMISSED WITH PREJUDICE**.

IT IS SO ADJUDGED AND DECREED.

Date: October 29, 1999

P \PEACHORD ERS\98-1006 DIS

DANIEL R. DOMINGUEZ
U.S. District Judge

Rec'd:        EOD:

By:           # 14